UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDGAR SIBAJA OSORIO,

           Plaintiff,

           -v.-

J & A ZOI INC., doing business as SECTION 5 PIZZA; IONNIS KAITSAS; and GEORGE DOE,

           Defendants.

25 Civ. 6189 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On November 7, 2025, the Court was informed that the parties have reached a settlement in principle in this case. (Dkt. #16). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **December 10, 2025**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge