# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL**                    **December 10, 2025**                    ADMITTED IN NY

<u>*Via ECF; Total Pages: 1*</u>
Hon Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**MEMO ENDORSED**

> **RE:**       ***Osorio v. J & A Zoi Inc. et al***
> **Civil Action No. 1:25-cv-06189-KPF**

Dear Judge Failla:

This firms represents plaintiff Edgar Sibaja Osorio ("Plaintiff") in the above-referenced matter. In accordance with Your Honnor's Order dated November 11, 2025 (ECF No. 17), the parties were directed to file their fully executed settlement agreement along with a joint letter regarding the fairness of the settlement (the "Settlement Papers") on or before December 10, 2025.

Pursuant to Paragraph C(i) of Your Honor's Individual Rules of Practice in Civil Cases, the undersigned respectfully requests a two-week extension of time to file the Settlement Papers – until December 24, 2025.

This request is made because it took longer than anticipated to obtain all required signatures on the Settlement Papers.

There have been no previous requests for an extension of this deadline, and the proposed extension will not affect any other scheduled court appearances or deadlines.

We appreciate the Court's attention and courtesies as to this matter.

Respectfully submitted,

*/s/ Michael Samuel*
By: Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiff*

cc: All Counsel of Record (VIA ECF)

Application GRANTED *nunc pro tunc*.  The parties shall  file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **December 24, 2025.**

Dated:     December 11, 2025        SO ORDERED.
           New York, New York


           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE