# THE SAMUEL LAW FIRM

### ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.thesamuellawfirm.com

**MICHAEL SAMUEL**
Michael@thesamuellawfirm.com

ADMITTED IN
NY

December 30, 2025

*Via ECF*
The Hon. Katherine Polk Failla
United States District Judge
United States District Court – Southern District of New York
40 Foley Square
New York, NY 10007



**MEMO ENDORSED**

> **Re:  *Edgar Sibaja Osorio v. J&A Zoi, Inc., et al.***
> **Case No. 25-cv-6189-KPF**

Dear Judge Polk Failla:

We represent the plaintiff, Edgar Sibaja Osorio ("Plaintiff"), in the above-referenced action and submit this letter jointly with the defendants pursuant to Rule 2.C.i. of Your Honor's Individual Rules of Practice, to respectfully request a further two-week extension of time, until January 8, 2026,  to file the parties' *Cheeks* motion for settlement approval, which motion had previously been due to be filed by December 24, 2025.

The parties apologize for the belated timing of the present request and any resulting inconvenience to the Court. The present request for further extension is necessitated by some additional time required to finalize Cheeks motion papers, have all necessary settlement documentation properly translated for the benefit of the plaintiff, as well execution by all parties. This is the second such request for extension of time and does not affect any other currently scheduled dates in this action. We thank the court for its attention to this matter and are available at the Court's convenience should the Court have any questions regarding the contents of this letter.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.
THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

Cc:  Jeffery Alan Meyer, Esq. (via ECF)
Nicola Ciliotta, Esq. (Via ECF)
*Attorneys for Defendants*

Application GRANTED *nunc pro tunc*.  The deadline for the parties to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement is hereby ADJOURNED to **January 8, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:     December 30, 2025          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE