UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
EDGAR SIBAJA OSORIO,

                Case No. 25-cv-6189-KPF

        Plaintiff,

- against -

J & A ZOI INC., d/b/a SECTION 5 PIZZA,       **JUDGMENT**
IOANNIS KAITSAS, and GEORGE "DOE",

        Defendants.
----------------------------------------------------------x

A notice of acceptance of Rule 68 Offer of Judgment having been filed on January 8, 2025;

and Defendants J&A Zoi Inc. ("J&A") and Ioannis Kaitsas ("Kaitsas," collectively "Defendants"),

having offered Plaintiff Edgar Sabaja Osorio ("Plaintiff") to take judgment against J&A, on behalf

of all Defendants, in the amount of $9,500.00 (the "Judgment Amount"), inclusive of all of

Plaintiff's claims for relief, damages, attorneys' fees, costs, and expenses; it is

ORDERED and ADJUDGED that:

(1)  Judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil

    Procedure in favor of Plaintiff Edgar Sabaja Osorio against Defendant J&A Zoi

    Inc., on behalf of all Defendants, in the amount of $9,500.00, inclusive of all of

    Plaintiff's claims for relief, damages, attorneys' fees, costs, and expenses;

(2)  This Judgment resolves all claims alleged by Plaintiff in the above-captioned civil

    action and releases all Defendants and their successors or assigns, and all their past

    and present employees, shareholders, directors, officers, members, representatives,

    managers, and agents (collectively, "Releasees") from any and all claims that were,

    or could have been, alleged by Plaintiff in the above-captioned civil action,

    including but not limited to those arising from Defendants' compensation of

1

Plaintiff during his employment with any Defendant, including but not limited to the release of any claims for unpaid, inaccurate or untimely payment or nonpayment of wages and any other compensation including tips/gratuities, failure to provide requisite notice of pay rate or wage statements, and any other related claim under any federal, state or local law, rule, regulation, order or ordinance governing wages and hours, including but not limited to New York and federal law (29 U.S.C. §201, et. seq., New York Labor Law §§ 191, 193, 196-d, 198-b, 650, et. seq., 652, and 653 and relevant sections of N.Y. Comp. Codes R. & Regs.);

(3)   Plaintiff agrees that the payment of the Judgment Amounts shall be made with Two-Thousand Nine-Hundred Six Dollars and Sixty-Six Cents ($2,906.66) allocated to unpaid wages and the remainder allocated to liquidated damages, emotional distress and attorney's fees and costs;

(4)   Full payment of the Judgment Amount shall be issued within thirty (30) business days of the date the Court enters judgment upon Plaintiff's acceptance of the Offer of Judgment, or Plaintiff's delivery of an IRS Form W-4 executed by himself and an IRS Form W-9 executed by Plaintiff's counsel, whichever is later;

(5)   This Judgment shall not be construed as an admission of liability or that Plaintiff has suffered any damages, and Defendants deny any liability, committing any wrongdoing or violating any legal duty with respect to Plaintiff's employment, including Plaintiff's pay while in Defendants' employ; and

(6)   The terms of this Judgment, including all facts, circumstances, statements and documents, shall not be admissible or submitted as evidence in any litigation, in

any forum, for any purpose, other than to secure enforcement of the terms and conditions of this Judgment, or as may otherwise be required by law.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

**SO ORDERED,**

Dated: January 9, 2026

_____
Hon. Katherine Polk Failla
United States District Judge

3